## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| SHIRLEY MEEKS, | ) |
| Plaintiff, | ) |
| vs. | )  No. 2:11-cv-00139-JTM-PRC |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, SHIRLEY MEEKS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

                                              Respectfully Submitted,

DATED: May 18, 2011                KROHN & MOSS, LTD.

                                          By: /s/ Harry C. Bradley
                                               Harry C. Bradley, Esq.
                                               Krohn & Moss, Ltd.
                                               120 W. Madison Street 10th Floor
                                               Chicago, IL 60602
                                             Ph: (312) 578-9428; Fx: (866) 385-1408
                                             Attorneys for Shirley Meeks