## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

| | |
|---|---|
| SHIRLEY MEEKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:11-cv-00139-PRC |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC., ) | |
| ) | |
| Defendant. ) | |

___

### NOTICE OF VOLUNTARY DISMISSAL

___

### NOTICE OF VOLUNTARY DISMISSAL

SHIRLEY MEEKS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC. (Defendant), in this case.

DATED: May 26, 2011         KROHN & MOSS, LTD.

                   By:____/s/ Harry Bradley_____ _____
                       Harry Bradley
                       Attorneys for Plaintiff
                       Krohn & Moss, Ltd.
                       120 W Madison Street, 10th Floor
                       Chicago, IL 60602